ORIGINAL

FILED

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0371

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0371

FILED

JUL 28 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

N.M. S-H.,                                              O R D E R

A Youth in Need of Care.

This matter comes before the Court on the petition of Appellate Defender Chad Wright for leave to file an out-of-time appeal on the Mother's behalf, pursuant to M. R. App. P. 4(6). The petition includes an Affidavit of trial counsel Michael Strand with explanation that due to counsel's significant change in responsibilities within the Office of Public Defender and the unusual split issuance of the district court orders terminating the parental rights to the two youths under consideration, he inadvertently delayed notifying the Mother of the decision. At that same time counsel also lost essential staff to retirement and had a swell of new case assignments, causing counsel to miss the respective appellate deadlines.

To guarantee Mother's right to appeal is protected, the Appellate Defender requests an order permitting an out-of-time appeal from the Order entered January 24, 2020, by the Thirteenth Judicial District Court, Yellowstone County, in Cause No. DN 18-137. If Mother is not permitted to appeal it would constitute a gross miscarriage of justice, and unduly punish her.

The Attorney General's Office has been contacted and takes no position on this petition. Given the importance of the interests at stake for Mother, and without a noted objection,

IT IS ORDERED that the petition for leave to file an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender shall have ten days from the date of this Order within which to file a Notice of Appeal. The Appellate Defender shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of this Court is directed to provide copies of this Order to all counsel of record.

DATED this 28 day of July, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices